

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| CALVIN LARAE MURPHY, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 9:20-CV-66 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and the Local Rules for the Eastern District of Texas, the Court referred this Social Security appeal to the United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition.  Judge Giblin submitted a report recommending that the decision of the Commissioner be affirmed and Plaintiff's complaint be dismissed.  [Clerk's Docket No. 19].  No objections have been filed.  Accordingly, the Court **ADOPTS** the Report and Recommendation, [Clerk's Docket No. 19], and **AFFIRMS** the Commissioner's denial of benefits.  The Court will issue a separate final judgment.

**SIGNED** this the **16** day of **September, 2021.**

_____
Thad Heartfield
United States District Judge